IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-00910-CMA-NYW

PATRICK R. McDONALD,

    Plaintiff,

v.

SABINE OIL & GAS CORPORATION,

    Defendant.

---

## ORDER FOR ADMINISTRATIVE CLOSURE

---

    This matter is before the Court *sua sponte*, pursuant to Defendant Sabine Oil & Gas Corporation's Notice of Suggestion of Bankruptcy for Sabine Oil & Gas Corporation and Certain of its Affiliates.  (Doc. # 34.)  Under 11 U.S.C. § 362, an automatic stay is "triggered upon the filing of a bankruptcy petition . . . ." *Myers v. Alliance for Affordable Servs.*, 318 F. Supp. 2d 1055, 1056 (D. Colo. 2004) (quotation marks and citation omitted).

    Accordingly, the Court hereby ORDERS that the above-captioned case be STAYED and ADMINISTRATIVELY CLOSED pursuant to D.C.COLO.LCivR 41.2, subject to reopening by Plaintiff upon filing with this Court either (1) an order from the United States Bankruptcy Court for the District of New York (Case No. 15-11835) granting relief from the automatic stay OR (2) a notice that the bankruptcy case has been dismissed without a discharge of this obligation having been granted.  It is

FURTHER ORDERED that, beginning January 25, 2016, Defendant shall file a report regarding the status of the bankruptcy case, and will continue to file a status report every six months, keeping the Court so informed.

DATED: July 24, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge